IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSCAR CASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>PONZIOS RD, INC. d/b/a METRO DINER; and Doe Defendants 1-10,<br><br>Defendant(s). | Civil Action No. 16-cv-2084 (RBK/JS) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO
FED. R. CIV. P. 56 REGARDING NEW JERSEY WAGE LAWS**

NOW COME Plaintiffs Oscar Casco and Tina Blemings (collectively "Plaintiffs"), by and through their undersigned counsel, who hereby respectfully move this Court for an Order granting their Motion for Summary Judgment Pursuant To Fed. R. Civ. P. 56 Regarding New Jersey Wage Laws. In support thereof, Plaintiffs hereby file a Memorandum of Law. For the Court's consideration, Plaintiffs also attach a [Proposed] Order.

Dated:  May 15, 2019                                  Respectfully submitted,

                                                                **CONNOLLY WELLS & GRAY, LLP**

                                                                By: */s/ Gerald D. Wells, III*
                                                                     Gerald D. Wells, III
                                                                Stephen E. Connolly (admitted *pro hac vice*)
                                                                2200 Renaissance Boulevard, Suite 275
                                                                King of Prussia, PA  19406
                                                                Telephone:  610-822-3700
                                                                Facsimile:  610-822-3800
                                                                Email: gwells@cwglaw.com
                                                                            sconnolly@cwglaw.com

                                                                -And-

1

2

**KALIKHMAN & RAYZ, LLC**
Lawrence Kalikhman
1051 County Line Road, Suite "A"
Huntingdon Valley, PA 19006
Telephone: (215) 364-5030
Facsimile: (215) 364-5029
E-mail: lkalikhman@kalraylaw.com

*Attorneys for Plaintiff and the Classes*